Opinion issued April 2, 2009 










 




In The

Court of Appeals

For The

First District of Texas



____________


NO. 01-08-00161-CR

____________


TAMMY WASHINGTON, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 184th District Court 

Harris County, Texas

Trial Court Cause No. 1099755






MEMORANDUM OPINION 

 Appellant, Tammy Washington, pleaded guilty to the felony offense of
aggregate theft in an amount greater than $200,000 without an agreed punishment
recommendation from the State. The trial court found appellant guilty and reset the
case for a presentence investigation hearing. Following the hearing, the trial court
sentenced appellant to confinement for 12 years. 

 Appellant's counsel on appeal has filed a brief stating that the record presents 
no reversible error, that the appeal is without merit and is frivolous, and that the
appeal must be dismissed or affirmed. See Anders v. California, 386 U.S. 738, 87
S.Ct. 1396, (1967). The brief meets the requirements of Anders by presenting a
professional evaluation of the record and detailing why there are no arguable grounds
for reversal. Id. at 744, 87 S.Ct. at 1400; see also High v. State, 573 S.W.2d 807, 810
(Tex. Crim. App. 1978). 

 Counsel represents that she has served a copy of the brief on appellant. 
Counsel also advised appellant of her right to examine the appellate record and file
a pro se brief. See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). 
More than 30 days have passed, and appellant has not filed a pro se brief. Having
reviewed the record and counsel's brief, we agree that the appeal is frivolous and
without merit and that there is no reversible error. See Bledsoe v. State, 178 S.W.3d
824, 826-27 (Tex. Crim. App. 2005). 

 We affirm the judgment of the trial court and grant counsel's motion to
withdraw. (1) Attorney Clyde Williams must immediately send the notice required
by Texas Rule of Appellate Procedure 6.5(c) and file a copy of that notice with the
Clerk of this Court.

PER CURIAM


Panel consists of Chief Justice Radack, and Justices Alcala and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).









 

1. Appointed counsel still has a duty to inform appellant of the result of this
appeal and that she may, on his own, pursue discretionary review in the
Texas Court of Criminal Appeals. See Bledsoe v. State, 178 S.W.3d 824,
826-27 (Tex. Crim. App. 2005).